ORDERED.

**Dated:  April 21, 2026**

*Catherine M. McEwen*

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Jonathan Deringer Steffens                     Case No. 8:26-bk-02339-CPM
and
Mary Katherine Steffens,                        Chapter 13

    Debtors.

_____/

## ORDER TO SHOW CAUSE TO PARIS L DAVIS, JR.

THIS CASE came on for hearing on April 21, 2026, on the Debtors' Motion to Extend Automatic Stay (Doc. No. 19).  The Court has concerns regarding counsel's conduct in connection with bankruptcy assistance provided to the Debtors in their prior case, Case No. 8:25-bk-04449.

Section 528(c) of the Bankruptcy Code provides that a contract for bankruptcy assistance may be void if a debt relief agency fails to comply with applicable requirements, and it permits the Court to require disgorgement of fees received.  The Court has concerns regarding counsel's compliance with the disclosure requirements governing compensation, including whether all fees received were properly disclosed and whether the filing fee was appropriately addressed.

Accordingly, it is

**ORDERED:**

1. Counsel shall appear before the Court on **May 27, 2026**, at **3:00 p.m.**, in Courtroom 8B, Sam

M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, and show cause why the Court should not, pursuant to 11 U.S.C. § 528(c), void counsel's contract with the Debtors for bankruptcy assistance in Case No. 8:25-bk-04449 and require disgorgement of all fees paid in that case.  All parties may appear in person.  Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (at: https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

2. Before the hearing, counsel shall file in this case a copy of the contract for bankruptcy assistance with the Debtors relating to Case No. 8:25-bk-04449.

3. Before the hearing, counsel shall review the disclosure of compensation filed in Case No. 8:25-bk-04449 and file an amended statement under 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016(b), if warranted.

The Clerk is directed to serve a copy of this order on any interested parties who do not receive service via CM/ECF and Paris L Davis, Jr. at:

Paris Lee Davis, Esq.
1111 Oakfield Drive
Suite 115-G
Brandon, FL 33511.